

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2021

No. 04-21-00306-CV

Christopher **DE LOS SANTOS** As Next Friend on Behalf of C.D.L.S. and V.D.L.S., Minor Children,
Appellant

v.

**SUPERIOR SHUTTLE, LLC** and Heather Contreras,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI03550
Honorable Martha Tanner, Judge Presiding

# O R D E R

On September 22, 2021, this court ordered appellant to file written notice with this court (1) identifying the court reporter(s) and (2) providing proof that he has paid or made arrangements to pay for the record(s). Appellant identified two reporters: Ms. Ermina Uviedo and Ms. Catalina Kerr. Appellant states he has paid or made arrangements to pay both reporters for the records.

Ms. Uviedo's record was due on October 5, 2021, and neither the record nor a notification of late record has been filed. Ms. Uviedo is hereby ORDERED to file, no later than October 22, 2021, either the record or a notification of late record.

Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. See TEX. R. APP. P. 35.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court